AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida    ▼

| | |
|---|---|
| PILLAR TO POST, INC. a Canadian Corporation, and PILLAR TO POST, INC., a Deleware Corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> PILLAR HOME INSPECTIONS, LLC, a Florida limited liability company, and Jordan H. Berman, an individual <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 3:17 CV 109 JAX – MMH – J R

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PILLAR HOME INSPECTIONS, LLC

United States Corporation Agents
13302 Winding Oak Court
A
Tampa, FL 33612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Siyver Barlow & Watson, P.A.
Paul D. Watson
401 E. Jackson Street Suite 2225
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     01/30/2017

*Signature of Clerk or Deputy Clerk*